*Samuel J. Silverman* and *Edward N. Costikyan* for appellant.
*John M. Aherne* and *John J. Martin* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

SECONDINO RISIO, Respondent, *v.* CORNWALL PAPER MILLS Co., Appellant.

Argued May 20, 1953; decided June 5, 1953.

*Daniel Becker* and *Paul F. Murphy* for appellant.

*Henry Hirschberg* and *Ernest M. Levinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

QUEENS VALLEY HOME OWNERS ASSOCIATION, INC., et al., Appellants, *v.* CAMPUS HALL APARTMENTS #4, INC., Respondent.

Argued May 20, 1953; decided June 5, 1953.